**PEREZ LAW OFFICES**
Anthony M. Perez, Jr., State Bar No. 113042
455 Capitol Mall, Suite 225
Sacramento, CA 95814
Telephone:   (916) 441-0500
Facsimile:    (916) 441-0555
Email: aperez@perezlawoffices.com

**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
Law Corporation
Dale C. Campbell, State Bar No. 99173
Brendan J. Begley, State Bar No. 202563
Josh H. Escovedo, State Bar No. 284506
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:   (916) 558-6000
Facsimile:    (916) 446-1611
Email: dcampbell@weintraub.com
Email: bbegley@weintraub.com
Email: jescovedo@weintraub.com

**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
Law Corporation
Gary A. Waldron, State Bar No. 99192
23 Corporate Plaza, Suite 200
Newport Beach, CA 92660
Telephone:   (949) 760-0204
Facsimile:    (949) 760-2507
Email: gwaldron@weintraub.com

Attorneys for Plaintiff John C. James

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. JAMES, individually and on behalf of himself, and others similarly situated, A Class Action,<br><br>Plaintiffs,<br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation; COMCAST CABLE COMMUNICATIONS, LLC, a Delaware limited liability company, d/b/a XFINITY; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 16-cv-02218-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(ii)] |

Pursuant to rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff John C. James, individually, and defendants Comcast Corporation and Comcast Cable Communications, LLC d/b/a Xfinity, through the signatures of their respective counsel, hereby stipulate to dismiss plaintiff John C. James's individual claims with prejudice, in their entirety, including all claims contained in the Complaint, and any potential affirmative defenses or counterclaims. Each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: February 3, 2017

**PEREZ LAW OFFICES**

By:   /s/ Anthony M. Perez, Jr.
       Anthony M. Perez, Jr.

Attorneys for Plaintiff John C. James, individually

| | | |
|---|---|---|
| 1 | Dated: February 3, 2017 | **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN |
| 2 | | Law Corporation |
| 3 | | By:   /s/ Dale C. Campbell |
| | | Dale C. Campbell |
| 4 | | Attorneys for Plaintiff John C. James, individually |
| 5 | | |
| 6 | Dated: February 3, 2017 | **DAVIS WRIGHT TREMAINE LLP** |
| 7 | | By:   /s/ Joseph E. Addiego |
| 8 | | Joseph E. Addiego |
| 9 | | Attorneys for Defendants Comcast Corporation, a Pennsylvania company, and Comcast Cable Communications, LLC, a Delaware limited liability company d/b/a Xfinity |

### ORDER

IT IS SO ORDERED.   The Clerk of the Court is directed to close this case.

Dated:   February 6, 2017

The Honorable Edward M. Chen
Judge

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen